FRANCIS THOMSON, Appellant, v. JAMAICA HOSPITAL et al., Respondents.—

Munder, Acting P. J., Martuscello, Shapiro, Christ and Benjamin, JJ., concur.